

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 21, 2020

**BY ECF**
The Honorable Paul A. Engelmayer
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *United States v. Aracena de Jesus*, **20 Cr. 19 (PAE)**

Dear Judge Engelmayer:

      The Government respectfully submits this letter, with the consent of counsel to defendant Juan Carlos Aracena de Jesus, a/k/a "Jason Aracena," a/k/a "Juan Aracena," a/k/a "Juan Arcena," a/k/a "Jaun Arcena," to request that time be excluded between March 25, 2020, the original date set for the next pre-trial conference, and May 11, 2020, the rescheduled date of the next pre-trial conference, under the Speedy Trial Act, pursuant to Title 18, United States Code, Section 3161(h)(7)(A).

      At our last pre-trial conference, on March 6, 2020, defense counsel informed the Court and the Government that the defendant likely intends to plead guilty to the Information at the next pre-trial conference. Also on that date, the Court excluded time under the Speedy Trial Act, pursuant to Title 18, United States Code, Section 3161(h)(7)(A), until the date of the next pre-trial conference, which the Court at that time set for March 25, 2020.

      On March 17, 2020, the Court rescheduled the next pre-trial conference for May 11, 2020, due to the COVID-19 pandemic. The Government requests that time be excluded between March 25, 2020 and May 11, 2020, under the Speedy Trial Act, pursuant to Title 18, United States Code, Section 3161(h)(7)(A). Excluding time will best serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial.

      This is the first request by either party for an adjournment of this date.

                         Respectfully submitted,

                         GEOFFREY S. BERMAN
Granted. SO ORDERED.             United States Attorney

*Paul A. Engelmayer*

by: /s/
PAUL A. ENGELMAYER   3/23/2020          Kaylan E. Lasky
United States District Judge          Assistant United States Attorney
                               (212) 637-2315