# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

May 5, 2020

**BY ECF AND EMAIL**
Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:  United States v. Juan Carlos Aracena De Jesus
      20 Cr. 19 (PAE)**

Dear Judge Engelmayer,

I respectfully write on behalf of my client, Juan Aracena, in advance of the next scheduled conference on May 15, 2020, to advise the Court that Mr. Aracena would like the Court to allow him to withdraw his previously entered plea of not guilty, and enter a plea of guilty to the one count Information charging him with illegal re-entry into the United States. I have discussed this plea with Mr. Aracena and he has advised me that he consents to waive his right to be personally present before the Court and consents to entry of his guilty plea by video or teleconference. Following his guilty plea, we will request that the Court order an expedited Presentence Report.

Respectfully submitted,

/s/
Robert M. Baum
Assistant Federal Defender

cc:  Kaylan E. Lasky, Esq.
Assistant United States Attorney

---

**GRANTED.** The hearing, scheduled for May 11, 2020 is hereby rescheduled for May 15, 2020 at 12:00 p.m. The Clerk of Court is requested to terminate the motion at Dkt. No. 17.

5/7/2020

SO ORDERED.

*/s/ Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge